# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vernon Michael Langloss, | No. CV-15-00204-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Vernon Langloss's Petition for Writ of Habeas Corpus (Doc. 1), and Magistrate Judge Macdonald's Report and Recommendation ("R & R") (Doc. 25). For the following reasons, the Court shall adopt the R & R.

**Discussion**

The duties of the district court in connection with a R & R are set forth in Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1).

Where the parties object to an R & R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R & R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objection is filed, the district court need not review the R & R de novo. *Wang v. Masaitis*, 416 F.3d

992, 1000 n. 13 (9th Cir.2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). The Court will not disturb a magistrate judge's order unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. 28 U.S.C. § 636(b)(1)(A). "[T]he magistrate judge's decision…is entitled to great deference by the district court." *United States v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001). A failure to raise an objection waives all objections to the magistrate judge's findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." *Id*. (internal citations omitted).

Here, the parties have not objected to the R & R, which relieves the Court of its obligation to review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1) ] does not ... require any review at all ... of any issue that is not the subject of an objection."); Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). This Court considers the R & R to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court accepts and adopts Magistrate Judge MacDonald's R & R.

…

…

…

…

…

…

…

…

…

…

…

…

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge MacDonald's Report and Recommendation is **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court. Doc. 25.

**IT IS FURTHER ORDERED** that Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus is denied. Doc. 1.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Status Report and Stay is denied in part and granted in part. Doc. 24. Petitioner's motion for stay is denied while his motion for status update is granted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

Dated this 24th day of September, 2018.

_____
Honorable Raner C. Collins
United States District Judge